IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL F. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. _____ |
| ) | |
| U.S. BANK, N.A. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that defendant U.S. Bank National Association ("U.S. Bank"), by its undersigned counsel, pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, hereby removes to this Court the state court action described below.

1. On or about October 21, 2013, Plaintiff Gail F. Thompson ("Thompson" or "Plaintiff") commenced a proceeding in the Circuit Court of Cook County against U.S. Bank, styled Gail F. Thompson v. U.S. Bank, N.A., No. 13 L 11606 (the "State Court Action").

2. U.S. Bank was served with the Complaint in the State Court Action on October 23, 2013.

3. The State Court Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and one which may be removed to this Court by U.S. Bank pursuant to the provisions of 28 U.S.C. § 1441(b) et seq., because it is a civil action between citizens of different states, and because Plaintiff has placed in controversy an amount in excess of $75,000, exclusive of interest and costs.

4. Plaintiff is a citizen of the State of Illinois.

5. U.S. Bank is a national banking association with its main offices, as stated in its Charter, in Cincinnati, Ohio. Accordingly, U.S. Bank is a citizen of Ohio. 28 U.S.C. § 1348; Wachovia Bank v. Schmidt, 546 U.S. 303, 307 (2006) ("We hold that a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located."); see also Hill v. Wells Fargo Bank, N.A., No. 12 C 7240, 2013 WL 2297056, at *2 (N.D. Ill. May 24, 2013) (same). U.S. Bank's principal place of business is Minneapolis, Minnesota.

6. Accordingly, there is complete diversity among the parties.

7. As to the amount in controversy, "[w]hen the complaint includes a number, it controls unless recovering that amount would be legally impossible." Rising-Moore v. Red Roof Inns, Inc., 435 F.3d 813, 815 (7th Cir. 2006) (citing St. Paul Mercury Indemnity Co. v. Red Cab Co., 303 U.S. 283, 291 (1938)). Here, Plaintiff seeks damages in the amount of $100 million in connection with a line of credit that she alleges was fraudulently secured in her name. U.S. Bank denies any and all liability to Plaintiff, denies that recovery of $100 million is legally possible, and states that Plaintiff's demand is not made in good faith. Nevertheless, because Plaintiff has requested damages for mental anguish, undue stress, loss of time, and damage to her credit rating, there is sufficient basis to conclude that Plaintiff has placed in excess of $75,000 in controversy, exclusive of interest and costs.

8. Accordingly, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been satisfied.

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of the date upon which U.S. Bank was served with the Complaint, which was October 23, 2013.

10. A copy of the complete court file from the State Court Action is attached hereto as Exhibit A.

11. By filing this Notice of Removal, U.S. Bank does not waive any of its objections or affirmative defenses.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Office of the Clerk of the Circuit Court of Cook County, Illinois and served upon Plaintiff.

Dated: November 20, 2013

    Respectfully submitted,

    U.S. Bank National Association

    By: /s/ Courtney R. Baron
        One of Its Attorneys

Steven A. Levy
Courtney R. Baron
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 20, 2013, she caused a copy of the foregoing **Notice of Removal of Action** to be served via First Class U.S. Mail, postage prepaid, to the individuals listed below:

Gail F. Thompson
1728 Ontario Avenue, #208
Naperville, IL 60563

/s/ Courtney R. Baron
Courtney R. Baron