# EXHIBIT A

In The Circuit Court of Cook County, Illinois
County Department, Law Division

Plaintiff
  Gail F. Thompson
Previous Address:
  364 Glenwood Drive #308
  Bloomingdale, IL 60108
Current Address:
  1728 Ontario Avenue #208
  Naperville, IL 60563

                vs.                              Case No: 2013

Defendant
  U.S. Bank, N.A.
  Business Reserve Line
  Attn: Litigation Department

## Complaint

1. I, Gail F. Thompson, am a former citizen of Bloomingdale, IL 60108 and now currently a citizen of Naperville, IL 60563.

2. U.S. Bank Business Reserve Line, a division of U.S.Bank, N.A.

3. I never applied for an on-line application business reserve application for $4,000.00 on 5/25/2012 at 1:59 PM CDT.

4. U.S. Bank Business Reserve Line approved the application without notifying me to verify the application.
   a. See a copy of Department of the Treasury, Internal Revenue Service, Employer Identification Number 27-36777-56 issued 10-14-2010 to Deshamusic, Inc., %Omar D. Harris, attached herein as Plaintiff's Exhibit A.
   b. See a copy of Articles of Incorporation, Business Corporation Act filed Oct 14 2010, attached herein as Plaintiff's Exhibit B.
   c. See a copy of CyberDriveIllinois.com Corporation File Detail Report dated 5/25/2012, attached herein as Plaintiff's Exhibit C.

5. I have been damaged by not knowing Omar De'Sha Harris, President & CEO of Deshamusic, Inc. (DMI) applied for the reserve line without my consent, without my knowledge, using my personal information and combining it with his business information. My credit rating is decreasing since I refuse to pay for Omar D. Harris' responsibility and have received numerous letters requesting payment.

6. I have sent the same above information, Exhibits A, B, and C, to U.S. Bank's Fraud Department in MN the week of Thanksgiving, November 2012.

7. Fraud Department denied my case.

Wherefore, Plaintiff, Gail F. Thompson, requests  1) $100,000,000.00 from U.S. Bank for court fees including parking and transportation, mental anguish and undue stress due to phone calls, letters and collection agencies requesting payment from me and my son, a decline in my credit rating and my precious time;  2) U.S. Bank and ALL their divisions and subsidiaries MUST verify ALL information on ALL applications before approving them in order to prevent future fraud to unsuspecting victims.


*Gail F. Thompson*

Gail F. Thompson

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 10-14-2010

Employer Identification Number:
27-3677756

Form: SS-4

Number of this notice: CP 575 A

DESHAMUSIC INC
% OMAR D HARRIS
1645 W OGDEN AVE UNIT 713
CHICAGO, IL 60612

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 27-3677756. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

          Form 1120                              03/15/2011

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

*Exhibit A*

(IRS USE ONLY)    575A        10-14-2010   DESH  B  9999999999   SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes* and Publication 4248, *EFTPS (Brochure)*. If you need to make a deposit before you receive your Welcome Package, please visit an IRS taxpayer assistance center to obtain a Federal Tax Deposit Coupon, Form 8109-B. To locate the taxpayer assistance center nearest you, visit the IRS Web site at http://www.irs.gov/localcontacts/index.html. Note: You will not be able to obtain Form 8109-B by calling 1-800-829-TAXFORMS (1-800-829-3676).

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**

*   Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub. Thank you for your cooperation.

Keep this part for your records.         CP 575 A (Rev. 7-2007)

-----------------------------------------------------------------------------

Return this part with any correspondence                        CP 575 A
so we may identify your account. Please
correct any errors in your name or address.                9999999999


Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE:  10-14-2010
(    )       -                              EMPLOYER IDENTIFICATION NUMBER:  27-3677756
                                            FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE                    DESHAMUSIC INC
CINCINNATI  OH   45999-0023                 % OMAR D HARRIS
                                            1645 W OGDEN AVE UNIT 713
                                            CHICAGO, IL  60612

BCA 2.10
ARTICLES OF INCORPORATION
Business Corporation Act

Filing Fee:    $150
Franchise Tax: $ 25
**Total:       $175**

File #: ___67636775___

Approved By: ___CLD___

**FILED**

OCT 14 2010

**Jesse White**
**Secretary of State**

1. Corporate Name: DESHAMUSIC, INC.

2. Initial Registered Agent: ALYSSIA BENFORD, CPA

| First Name | Middle Initial | Last Name |
|---|---|---|

   Initial Registered Office: 400 N SCHMIDT RD STE 206

| Number | Street | Suite No. |
|---|---|---|

   BOLINGBROOK          IL          60440-1795          WILL

| City | ZIP Code | County |
|---|---|---|

3. Purposes for which the Corporation is Organized:
   The transaction of any or all lawful businesses for which corporations may be incorporated under the Illinois Business Corporation Act.

4. Authorized Shares, Issued Shares and Consideration Received:

| Class | Number of Shares Authorized | Number of Shares Proposed to be Issued | Consideration to be Received Therefor |
|---|---|---|---|
| COMMON | 1000 | 1000 | $ 1000 |

**NAME & ADDRESS OF INCORPORATOR**

5. The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

Dated OCTOBER 14 , 2010          1645 W OGDEN AVE, UNIT 713

| Month & Day | Year | Street |
|---|---|---|

OMAR D. HARRIS          CHICAGO          IL          60612

| Name | City/Town | State | ZIP Code |
|---|---|---|---|

THIS DOCUMENT MUST BE RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY IN WHICH THE REGISTERED OFFICE OF THE CORPORATION IS LOCATED, AS PROVIDED BY SECTION 1.10 OF THE BUSINESS CORPORATION ACT OF THIS STATE. FOR FURTHER INFORMATION CONTACT YOUR COUNTY RECORDER OF DEEDS OFFICE.

This document was generated electronically at www.cyberdriveillinois.com


Exhibit B

RP/LLC - File Detail Report                                                          Page 1 of 1

WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | DESHAMUSIC, INC. | File Number | 67636775 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 10/14/2010 | State | ILLINOIS |
| Agent Name | ALYSSIA BENFORD, CPA | Agent Change Date | 10/14/2010 |
| Agent Street Address | 400 N SCHMIDT RD STE 206 | President Name & Address | OMAR D. HARRIS 1645 W OGDEN AVE, 713, CHICAGO, IL 60612 |
| Agent City | BOLINGBROOK | Secretary Name & Address | SUZANA DUMBADZE, 1645 W OGDENAVE, 713, CHICAGO, IL 60612 |
| Agent Zip | 60440 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/30/2011 | For Year | 2011 |

Return to the Search Screen                     Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE


Exhibit C



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



* 0 1 2 2 1 6 2 5 *

| CASE NUMBER: 13L011606 | MULT.SER. 1 | | DOC. TYPE: LAW |
|---|---|---|---|
| **DIE DATE: 11/14/2013** | RECEIVED DATE: 10/21/2013 | FILED DATE: 10/21/2013 | DIST: 642 SK |

**DEFENDANT**

U.S. BANK, N.A.

745 N MILWAUKEE

CHICAGO, IL 60642

**PLANTIFF**

THOMPSON, GAIL F

**ATTORNEY**

PRO SE

1728 ONTARIO AVE #208

NAPERVILLE, IL 60563

(630) 401-2382

FILED-2
13 OCT 28 PM 2: 27
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
DOROTHY BROWN
CLERK

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**      **BUSINESS RESERVE LINE**

CC
M.B.

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

_____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____.

_____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION _____ COMPANY _____ BUSINESS _____ PARTNERSHIP _____

_____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

_____ **(8)**    AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

| | ATTEMPTED SERVICES | | |
|---|---|---|---|
| WRIT SERVED ON: ADIS MUSANOVIC A/P | DATE | TIME (AM/PM) | STAR # |
| SEX: M / F   RACE: W   AGE: 26 | 10/23 | 1 : 54 | 11262 |
| THIS 23 DAY OF OCT , 20 13 | | : | |
| Thomas J. Dart | | : | |
| SHERIFF, BY: 11262 , DEPUTY | | : | |

BANK

AGR380

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (2/28/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

Gail F. Thompson
(Name all parties)

v.

No. _____

U.S. Bank, N.A.
Business Reserve Line
745 N. Milwaukee 🞎 SUMMONS   🞎 ALIAS SUMMONS

To each Defendant: Chicago, IL 60642

FILED-2
2013 OCT 28 PM 2:28
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
DOROTHY BROWN CLERK

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

| 🞎 District 2 - Skokie | 🞎 District 3 - Rolling Meadows | 🞎 District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| 🞎 District 5 - Bridgeview | 🞎 District 6 - Markham | 🞎 Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60428 | Chicago, Illinois 60602 |

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

**This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.**

Atty. No.: Pro Se

Name: Gail F. Thompson

Atty. for: Pro Se Plaintiff

Address: 1728 Ontario Ave #208

City/State/Zip: Naperville, IL 60563

Telephone: 630-401-2382

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____

OCT 21 2013

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY Pink: 3. COPY Gold: 4. COPY